| | |
|---|---|
| Douglas Q. Hahn, SBN 257559<br>  dhahn@stradlinglaw.com<br>Salil Bali SBN 263001<br>  sbali@stradlinglaw.com<br>STRADLING YOCCA CARLSON & RAUTH, P.C.<br>660 Newport Center Drive, Suite 1600<br>Newport Beach, CA 92660-6422<br>Telephone: (949) 725-4000<br>Facsimile: (949) 725-4100<br><br>Attorneys for Plaintiff<br>PureLine Treatment Systems, LLC | |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PureLine Treatment Systems, LLC,<br><br>            Plaintiff,<br><br>            vs.<br><br>SMM Distributors, LLC dba Biocide Systems, SMM Manufacturing Inc. d/b/a Biocide Systems and Does 1-10,<br><br>            Defendants. | CASE NO. 2:20-cv-04440-PSG-MAA<br><br>Honorable Philip S. Gutierrez<br>Honorable Maria A. Audero<br><br>**DECLARATION OF SALIL BALI IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE AND/OR STRIKE**<br><br>Hearing Date:   April 15, 2022<br>Time:   1:30 p.m.<br>Location:   350 West 1st Street,<br>    Courtroom 6A, 6th Floor,<br>    Los Angeles, CA 90012<br><br>Final Pre-Trial Conf.:   May 27, 2022<br>Trial:   June 23, 2022 |

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

4869-8125-9278v1/105972-0002

I, Salil Bali, hereby declare as follows:

1. I am an attorney duly licensed to practice before the Courts of the State of California and a shareholder at Stradling Yocca Carlson & Rauth, a Professional Corporation. I am one of the attorneys of record for Plaintiff PureLine Treatment Systems, LLC ("PureLine" or "Plaintiff") in the above-captioned matter.

2. Except as stated herein, the facts stated herein are known to me based upon my personal knowledge and a review of the documents collected and maintained by my firm and if called as a witness, I would testify to the following.

3. Attached hereto as Exhibit A is a true and correct copy of U.S. Patent No. 8,540,895.

4. Attached hereto as Exhibit B is a true and correct copy of U.S. Patent No. 9,834,443.

5. On June 30, 2021, Plaintiff served a series of discovery requests including interrogatories, requests for production, and requests for admission. The responses to all of these requests were due on July 30, 2021. Attached hereto as Exhibit C is a true and correct copy of PureLine's service email, attaching its First Set of Requests for Admission as propounded and served on June 30, 2021.

6. Defendants timely responded to the interrogatories and requests for production, but failed to respond to the requests for admission. Ten days later, without notice, explanation, or request for extension, Defendants attempted to serve responses to the RFAs. Attached hereto as Exhibit D is a true and correct copy of SMM's August 9, 2021 email serving SMM's Responses to PureLine's First Set of Requests for Admission, served more than 30 days after these Requests for Admission were propounded.

7. Because of their tardiness, PureLine rejected the Objections and Responses to the RFAs. In rejecting these late Objections and Responses, Pureline explained that it was treating the Requests as admitted without limitation pursuant

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-1-
DECLARATION OF S. BALI ISO MOTIONS
4869-8125-9278v1/105972-0002
20-cv-04440

to Fed. R. Civ. Pro. 36(a)(3).  Attached hereto as Exhibit E is a true and correct copy of PureLine's letter rejecting the tardy RFAs.

8.   The parties held further meet and confer discussions on other discovery issues in preparation for a follow-up conference with Magistrate Judge Audero scheduled for August 12, 2021.  On August 11, 2021, SMM requested that the parties add the belated responses to the RFAs to the agenda with Magistrate Audero.  PureLine declined to do so, as SMM did not follow Magistrate Judge Audero's procedures for an informal discovery conference.  A true and correct copy of this correspondence is attached hereto as Exhibit F.

9.   On August 12, 2021, the parties attended an informal discovery conference with Magistrate Judge Audero on SMM's other discovery deficiencies.  SMM raised the issue of the deemed admissions to the magistrate.  Magistrate Judge Audero noted that the issue would have to be raised to the Court by a motion, and it should be done before the close of fact discovery.

10.  A meet and confer as to the RFAs was held on August 17, 2021.  In order to resolve this issue before the close of discovery so that the parties would have certainty on whether or not they could rely on SMM's deemed admissions, on August 23, 2021 the parties submitted a joint stipulation to the Court requesting a 60-day extension of time to allow SMM to resolve this issue.   (Dkt. No. 44.)  In that So Ordered Stipulation, the parties agreed:

> **WHEREAS, SMM intends to file a motion pursuant to Federal Rule 36(b) for leave to withdraw deemed admissions** which PureLine claims have been made by reason of the timing of SMM's August 10, 2021 responses to requests for admission served on June 30, 2021;
>
> * * *
>
> The parties shall not serve additional discovery requests, deposition notices or bring any discovery motions, except for motions related to the already noticed depositions **and SMM's motion for leave to withdraw its deemed admissions**.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-2-
DECLARATION OF S. BALI ISO MOTIONS
4869-8125-9278v1/105972-0002
20-cv-04440

1  (*Id.*)  The Court granted the parties' joint stipulation on August 24, 2021.  (Dkt.
2  No. 45.)

3      11.    Despite Pureline agreeing to a 60-day extension, so that SMM could
4  resolve its deemed admission before the close of fact discovery, SMM never filed a
5  motion to set its admissions aside.  (*See* Docket, generally.)

6      12.    Attached hereto as Exhibit G is a true and correct copy of SMM's
7  April 19, 2021 Response to Interrogatory No. 11 and SMM's Exhibit A attached to
8  this Response.

9      13.    Attached hereto as Exhibit H is a true and correct copy of SMM's
10  August 12, 2021 Supplemental Response to Interrogatory No. 11.

11      14.    Attached hereto as Exhibit I is a true and correct excerpt of the
12  October 19, 2021 Deposition of Spencer Blua taken pursuant to Fed. R. Civ. P.
13  30(b)(6) (the "Blua Depo.").

14      15.    Attached hereto as Exhibit J is a true and correct copy of the
15  document marked as Exhibit 2 to the Blua Depo.

16      16.    Attached hereto as Exhibit K is a true and correct excerpt of the
17  October 21, 2021 Deposition of John Thangaraj taken pursuant to Fed. R. Civ. P.
18  30(b)(6).

19      17.    Attached hereto as Exhibit L is a true and correct excerpt of the
20  October 11, 2021 Deposition of Derrick Kencsan.

21      18.    Attached hereto as Exhibit M is a true and correct copy of the
22  document marked as Exhibit 6 to the October 11, 2021 Deposition of Derrick
23  Kencsan.

24      19.    Attached hereto as Exhibit N is a true and correct excerpt of the
25  document produced as SMM_009678.

26      20.    Attached hereto as Exhibit O is a true and correct excerpt of the
27  Expert Report of John W. Byrne on the Non-Infringement and Invalidity of U.S.
28  Patent No. 8,540,895 and 9,834,443.

STRADLING YOCCA
CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-3-
DECLARATION OF S. BALI ISO MOTIONS
4869-8125-9278v1/105972-0002
20-cv-04440

21. Attached hereto as Exhibit P is a true and correct excerpt of the Rebuttal Expert Report of John W. Byrne Addressing the Reports of Dr. Louis DeFilippi and Candice Cornelius.

22. Attached hereto as Exhibit Q is a true and correct excerpt of SMM's August 12, 2021 Second Supplemental Answers to PureLine's First Set of Interrogatories.

23. The parties held a conference of counsel pursuant to L.R. 7-3, which took place on January 21, 2021 regarding PureLine's motion for partial summary judgment and motion to exclude and/or strike testimony of Defendants' expert, John W. Byrne. On this conference PureLine was represented by myself and Douglas Q. Hahn, while SMM was represented by Edward Pennington and Gregg Rapoport.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 18, 2021.

                                                  /s/ Salil Bali
                                                  Salil Bali
                                                  Attorney for Plaintiff
                                                  PureLine Treatment Systems, LLC

STRADLING YOCCA CARLSON & RAUTH
LAWYERS
NEWPORT BEACH

-4-
DECLARATION OF S. BALI ISO MOTIONS
4869-8125-9278v1/105972-0002
20-cv-04440