*link 91*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| PURELINE TREATMENT SYSTEMS, LLC, STERLING BRIDGE, LLC, AND SIPKA, INC.<br><br>Plaintiffs<br><br>v.<br><br>SMM DISTRIBUTORS, LLC d/b/a Biocide Systems, SMM MANUFACTURING, INC. d/b/a Biocide Systems and DOES 1-10,<br><br>Defendants. | Case No. 2:20-cv-04440-PSG (PJWx)<br>*Hon. Phillip S. Gutierrez*<br><br>[PROPOSED] JUDGMENT<br><br>[Rule 58(d), Fed. R. Civ. P.] |

Pursuant to this Court's Order granting Defendants SMM Distributors, LLC's and SMM Manufacturing, Inc.'s converted Motion for Summary Judgment (Dkt. No. 90), and for good cause shown, pursuant to Rule 58, Fed. R. Civ. P., IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Plaintiffs PURELINE TREATMENT SYSTEMS, LLC, STERLING BRIDGE, LLC, AND SIPKA, INC. ("Plaintiffs") shall take nothing by their operative Second Amended Complaint;

2. Judgment on the merits shall be entered in favor of Defendants SMM Distributors, LLC's and SMM Manufacturing, Inc. ("Defendants") on each and every claim contained in Plaintiffs' Second Amended Complaint;

3. Defendants may recover costs from Plaintiffs and may move for an award of attorney's fees, as permitted by law, within fourteen days of the date of this Judgment.

**IT IS SO ORDERED.**

DATED: 8/10/22

Honorable Phillip S. Gutierrez
United States District Judge